United States Fidelity and Guaranty Company, appellant, v. Albert Sabath, appellee. Gen. No. 38,411.

Opinion filed July 3, 1936. Rehearing denied July 14, 1936.

William J. Flaherty, for appellant; George H. Mason and Donald H. Haider, of counsel. Charles Hudson, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.